No. 17. FREITES *v.* MIRANDA ET AL.—Appeal in cassation from the District Court of Arecibo. Decided February 17, 1903. The appeal was declared abandoned, the party appellant having failed to appear.

No. 24. ORSINI *v.* COMAS.—Appeal in cassation from the District Court of Mayagüez. Decided March 21, 1903. The appeal was declared abandoned, the party appellant having failed to appear.

No. 66. DEL TORO *v.* OLIVIERI.—Appeal in cassation from the District Court of Mayagüez. Decided March 30, 1903. The appeal was declared abandoned, the party appellant having allowed more than one year to elapse without prosecuting the same. *Mr. Manuel F. Rossy*, for appellant.

No. 22. CASTRO *v.* MORA.—Appeal in cassation from the District Court of Arecibo. Decided March 31, 1903. The appeal was declared abandoned, the party appellant having allowed more than one year to elapse without prosecuting the same. *Mr. Manuel F. Rossy*, for appellant.

No. 6. EX PARTE MAULEÓN.—Application for writ of *habeas corpus.* Decided April 4, 1903. The petitioner was ordered to be released from imprisonment, a justice of the peace not being competent to take cognizance of the crime of assault and battery. *Mr. Falcón*, for petitioner. *Mr. Feuille, Acting Attorney General*, for the People.